FILED
2022 Aug-01  AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **PORTER ALLEN BATTS,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:21-cv-01641-RDP-HNJ |
| **GWENDOLYN GIVENS,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 11) on June 8, 2022, recommending that Porter Allen Batts's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) be **DENIED** and his claims be dismissed with prejudice as time-barred. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that Recommendation, the court finds that Petitioner's 28 U.S.C. § 2254 habeas petition is due to be denied and his claims are due to be dismissed with prejudice as time-barred. A final judgment will be entered.

**DONE** and **ORDERED** this July 29, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE